alleged in the second counterclaim would serve no useful purpose. The disposition with respect to the third counterclaim must follow the disposition with respect to the second counterclaim. [See *post,* p. 932.]

■

In the Matter of the Probate of the Will of GIUSEPPINA IRRERA, Deceased. FRANK PRESTIA et al., Appellants; JOSEPH ARGENZIANO, Respondent.— Decree of the Surrogate's Court, Kings County, admitting to probate an instrument in writing as the will of the decedent and directing the issue of letters testamentary to the executor therein named upon his qualifying, unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ.

■

In the Matter of the Arbitration between SAMUEL MARTZ, Respondent, and MORRIS L. MARTZ, Appellant, et al., Defendants.—

**3**

In the Matter of the Construction of the Will of MORRIS POTASCHNIK, Deceased. NATHAN POTASCHNIK et al., Appellants; ETTA POTASCHNIK et al., Respondents.—Upon appeal from portions of a decree of the Surrogate's Court, Nassau County, construing the will of the above-named testator, decree insofar as appealed from unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

■

In the Matter of the Accounting of SOPHIA SZLIKAS, as Administratrix of the Estate of DOMICELA ROMANOS, Deceased, Respondent. In the Matter of the Estate of DOMICELA ROMANOS, Deceased. ELIZABETH NICOLA, Appellant.— Decree settling account of an administratrix and dismissing petition for her removal as such unanimously affirmed, with costs, payable by the appellant personally. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

■

In the Matter of EDWARD G. TORRONE, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act to review determinations of the State Liquor Authority revoking petitioner's retail liquor license for the period ending February 29, 1952, and denying petitioner's application for renewal of said license. Determinations unanimously confirmed, with $10 costs and disbursements, and petition dismissed, without costs. No opinion. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See *post,* p. 940.]

■

MARIA LACZKO, Appellant, v. BEAR RIDGE LAKE CORPORATION et al., Respondents.— In an action to recover moneys paid by appellant on a contract for the purchase of unimproved real property, which contract was allegedly rescinded by her on the ground of fraud, she appeals from an order granting motion for